# UNITED STATES DISTRICT COURT

<u>NORTHERN</u>   DISTRICT OF   <u>ILLINOIS, EASTERN DIVISION</u>

UNITED STATES OF AMERICA **F I L E D**   **MAGISTRATE JUDGE VALDEZ**

v.

APR 1 4 2008 **CRIMINAL COMPLAINT**

ENCIO TONEV ENCEV (1)
KAMELIYA KIRILOVA VALKOVA (2)   MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT   CASE NUMBER:   **08CR   298**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about <u>June 8, 2006</u>,  in <u>Cook</u> County, in the <u>Northern</u> District of <u>Illinois</u>, <u>Eastern Division</u>, defendants ENCIO TONEV ENCEV AND KAMELIYA KIRILOVA VALKOVA,

> having conspired to devise a scheme and artifice to defraud, and for obtaining property by means of false and fraudulent pretenses and representation, transported and caused to be transported in interstate commerce property having a value of $5,000 or more, in violation of Title 18, United States Code, Section 2314,

all in violation of Title <u>18</u> United States Code, Section <u>371</u>.

And further, on or about <u>September 21, 2006</u>, in <u>Cook</u> County, in the <u>Northern</u> District of <u>Illinois</u>, <u>Eastern Division</u>, defendant ENCIO TONEV ENCEV,

> knowingly committed a felony in that he possessed an identification document that is or appears to be an identification document of the United States, which was produced without lawful authority knowing that such document was produced without such authority, and during and in relation to that felony, knowingly possessed and used without lawful authority, a means of identification of another person,

in violation of Title <u>18</u> United States Code, Sections <u>1028(a)(6) and 1028A(a)(1)</u>.

I further state that I am a <u>Postal Inspector with the United States Postal Inspection Service</u> and that this complaint is based on the following facts:

PLEASE SEE ATTACHED.

Continued on the attached sheet and made a part hereof:  _X_ Yes   _____ No

_____
Gregory Gillming, Postal Inspector
United States Postal Inspection Service

Sworn to before me and subscribed in my presence,

<u>April 14, 2008</u>   at <u>Chicago, Illinois</u>
Date   City and State

<u>MARIA VALDEZ</u>   _____
Name & Title of Judicial Officer   Signature of Judicial Officer

UNITED STATES                           )
                                        )        SS
NORTHERN DISTRICT OF ILLINOIS )

### AFFIDAVIT

I, Gregory Gillming, being duly sworn on oath, hereby depose and say:

1.      I am a Postal Inspector with the United States Postal Inspection Service and have been so employed since May 2003. I am currently assigned to the Chicago Division. My primary responsibilities include the investigation of crimes against the United States Postal Service and crimes furthered through the use of the United States mail. I have received extensive training in criminal investigation procedures and criminal law. I have conducted and participated in numerous criminal investigations involving mail fraud, mail theft, identity theft and related financial crimes.

2.      The information contained in this affidavit is based upon my personal knowledge and observations during the course of the investigation; information conveyed to me by other law enforcement officials, corporate security personnel and other witnesses; and on my review of records, documents and other physical evidence obtained during the investigation. The information contained in this affidavit is not an exhaustive account of everything I know about this case. Rather, it only contains the facts that are necessary to establish probable cause to believe that (1) on or about June 8, 2006, ENCIO TONEV ENCEV and KAMELIYA KIRILOVA VALKOVA, having conspired to devise a scheme and artifice to defraud, or for obtaining property by means of false and fraudulent pretenses and representation, transported or caused to be transported in interstate commerce property

having a value of $5,000 or more, in violation of Title 18, United States Code, Section 2314;

and (2) on or about September 21, 2006, ENCIO TONEV ENCEV, knowingly committed

a felony in that he possessed an identification document that is and appears to be an

identification document of the United States, which was produced without lawful authority

knowing that such document was produced without such authority, and during in relation to

that felony, knowingly possessed and used without lawful authority a means of identification

of another person, in violation of Title 18, United States Code, Sections 1028(a)(6) and

1028A(a)(1).

### Violation of Title 18, United States Code, Section 2314

3.      On or about June 8, 2006, a female individual, later identified as VALKOVA,

and Coconspirator A entered Mercedes-Benz of Hoffman Estates, a Motor Werks Company,

located at 1000 W. Golf Road, Hoffman Estates, Illinois 60194 (Mercedez-Benz of Hoffman

Estates).  VALKOVA, using the identity of Individual A, purchased a blue 2003 Mercedes

SL500, Vehicle Identification Number (VIN) WDBSK75F03F042998 (Mercedes).[1]  The

purchase price of the Mercedes was $58,500.00.  As part of the purchase, VALKOVA was

required to complete and/or sign numerous documents, including an "Automobile

---

[1] Individual A is the wife of a former Bulgarian soccer star, who briefly played for the Chicago Fire team.  The Bulgarian soccer star has received enormous media attention throughout the years. Individual A and her husband sold their property in the Chicagoland area in July 2005 and have resided outside of the United States since that time, but have occasinalyl traveled into the United States. Homeland Security Immigrations and Customs Enforcement records indicate that Individual A was not in the United States from February 25, 2006 to June 23, 2006.  Additionally, Individual A has related that she did not authorize the use of her identity by VALKOVA or any other person for the purpose of making the vehicle purchase detailed herein, or for any other purpose.

Purchaser/Lessee's Statement" (Purchaser Statement).    On the Purchaser Statement, VALKOVA wrote that her name was "Individual A," provided a social security number and a date of birth (which were accurate identifiers of Individual A) and listed her address as "1 Renassance [sic] Place in Palatine, Illinois."    To verify her identity, VALKOVA produced for inspection to Mercedes-Benz of Hoffman Estates a fraudulent Illinois driver's license under the name of Individual A.    After VALKOVA paid $1,400 cash as a downpayment, Mercedes-Benz of Hoffman Estates sold VALKOVA the car and agreed to use HSBC Auto Financing to finance her loan.    A temporary Illinois license plate number 483G767 was issued for the Mercedes in the name of Individual A.

4.    After VALKOVA left the dealership, J.P. Morgan Chase Bank informed Mercedes-Benz of Hoffman Estates that it was refusing to underwrite VALKOVA's loan on the Mercedes because a "Individual A" was listed as also having purchased vehicles from Patrick BMW in Schaumburg, Motor Werks of Barrington and an Audi dealership during the same week.    A manager at Mercedes-Benz of Hoffman Estates then attempted to contact VALKOVA and learned the information she provided in the Purchaser's Statement was invalid.    The manager then contacted the Hoffman Estates Police Department on or about June 21, 2006.

5.    In response to the report from the car dealership, Hoffman Estates Police Detective Harry Russmann obtained a valid Illinois driver's license for Individual A. Detective Russmann then showed the valid driver's license to the Mercedes-Benz of

3

Hoffman Estates Finance Manager who had interacted with VALKOVA. The Finance Manager told Detective Russmann that the individual depicted in the valid driver's license was not the individual who had purchased the Mercedes on June 8, 2006, but that the information on the driver's license (other than the photo) was identical. Detective Russmann then reported the Mercedes as stolen. The Mercedes-Benz corporation was also informed that the Mercedes was stolen, and it activated the GPS system on the Mercedes in hopes of learning its location.

6.    On or about June 21st, 2006, Pasco County, Florida Sheriff's officers located and recovered the Mercedes bearing Illinois temporary license number 483G767 from a residence located at 12718 Winner's Circle, Spring Hill, Florida 34610 (Winner's Circle). When officers arrived at Winner's Circle, they spoke with the occupants of the residence, ENCIO ENCEV and his wife. ENCEV told officers that "Individual A" had dropped off the Mercedes approximately 5 or 6 days before. ENCEV explained that "Individual A" was an acquaintance of his from Illinois. ENCEV then produced all of the sales paperwork for the Mercedes that was provided to VALKOVA by Mercedes-Benz of Hoffman Estates. ENCEV further stated that Individual A dropped off the car and then left for the Miami area with an unknown person in a silver van. ENCEV also said that he had access to the Mercedes, and that the only other people at the residence at Winner's Circle at the time were his wife, their children and ENCEV's parents. When officers asked ENCEV how he knew Individual A, ENCEV stated that he did not know her very well, but as fellow Bulgarians, they had become

4

acquaintances in Chicago. ENCEV stated that Individual A had told ENCEV that her husband was a famous soccer player. ENCEV could not provide any contact information for Individual A to the inquiring officers.

7.     In contrast to ENCEV's claim that "Individual A" had left the Mercedes with him 5 or 6 days prior to the June 21, 2006 interview, ICE/Border Patrol databases reflect that the real Individual A was not in the United States from February 25, 2006 to June 23, 2006. Additionally, ICE/Border Patrol records reflect that VALKOVA, a Bulgarian citizen, like ENCEV, departed the United States on an Air France Flight for Bulgaria on June 12, 2006, four days after she purchased the Mercedes in Hoffman Estates in Illinois, and nine days prior to the interview of ENCEV in Florida. ICE/Border Patrol datatbases further reflect that VALKOVA has not returned to the United States since that time.

8.     Forensic analysis of the Mercedes recovered from ENCEV's Winner's Circle residence resulted in the identification and recovery of a latent fingerprint from the passenger side window of the Mercedes. Analysis by the Forensic Services of the Pasco County Sheriff's Office determined that the recovered fingerprint belonged to ENCEV.

9.     On June 21, 2006, Hoffman Estates Police Detective Russmann went to the 1 Renaissance Place, Palatine, Illinois, address provided to Mercedes Benz of Hoffman Estates by VALKOVA in purchasing the Mercedes Benz under the name of Individual A. Det. Russman spoke to the Property Manager at Renaissance Place, who in response to his questions regarding the Bulgarian subject(s) of his investigation, noted that there had been

5

multiple sales and transfers of building units between Bulgarians, including transactions involving Individual B, who was at that time residing in the building.

10.    Detective Russmann then interviewed Individual B. According to Individual B, Individual B currently resided in Apartment 814 of 1 Renaissance Place. Individual B consented to a search of Apartment 814, and Detective Russmann located paperwork pertaining to Individual A inside the apartment. Individual B told Detective Russmann that he had no idea who Individual A was, but he identified the photograph on a copy of the fictitious driver's license of Individual A as his girlfriend, "KAMELIYA VALKOVA." This copy of the fictitious driver's license was obtained from Mercedes-Benz of Hoffman Estates, which license was presented by VALKOVA at the time of the Mercedes purchase.

11.    The investigation additionally learned from the Property Manager at Renaissance Place that Individual B was also listed as a previous owner of Apartment 209. The investigation has determined that when ENCEV was in the Chicagoland area, he occupied Apartment 209 at 1 Renaissance Place in Palatine, Illinois, using the aliases of Rossen Iliev and Paul De Brabander, among others. The Property Manager of 1 Renaissance Place related to the investigation that she saw ENCEV, whom she knew as "Ross," beginning in approximately early Summer of 2006. Renaissance Place property management records indicate that a "Paul De Brabander" purchased Apartment 209 from Individual B in May 2006. The Property Manager told your affiant that she never saw a "Paul De Brabander" but was aware that "Ross" made assessment payments for Apartment 209. Surveillance

6

conducted in late Summer/early Fall of 2006 confirmed that ENCEV resided in Apartment 209 when in Chicago.

12.    On September 21, 2006, ENCEV was arrested by affiant and other Postal Inspectors in the parking lot of 1 Renaissance Place in Palatine, Illinois pursuant to an arrest warrant in case 06 CR 690, filed in the Northern District of Illinois, and currently pending before the Honorable United States District Judge Elaine E. Bucklo.[2] Defendant drove into the parking lot in the black Mercedes, Florida license plate X04 EVA, which he subsequently related to arresting agents was his vehicle.[3]

13.    Simultaneous to ENCEV's arrest, federal agents executed a federal court authorized search warrant for ENCEV's Chicago residence at Apartment 209 of 1 Renaissance Place.  Among the items recovered in the search was a computer thumb drive containing numerous records connecting ENCEV to the Mercedes purchased by VALKOVA

---

[2] The charged offense and relevant conduct in case 06 CR 690 involves the creation of postal collection box keys and theft of checks from the United States mail.  The information on the checks would be scanned, and the checks would be recreated, forged, and then deposited into various bank accounts opened by ENCEV's coconspirators.  Funds from the bank accounts would be withdrawn prior to discovery of the scheme.

[3] The Mercedes driven by ENCEV at the time of his arrest on federal postal theft charges on September 21, 2006 was previously observed by Hoffman Estates Police Det. Russmann on June 21, 2006, when he was interviewing the Property Manager at Renaissance Place.  During the Interview Coconspirator A entered the Property Manager's office and inquired about the whereabouts of a 2003 Porsche that had been purchased at Barrington Motor Werks and later repossessed from the 1 Renaissance parking lot.  Based on information provided by Coconspirator A, affiant believes that this Porsche was also purchased by VALKOVA, using the identity of Individual A.  Coconspirator A has cooperated with investigators in the hopes of not being charged with criminal conduct and/or receiving a more lenient sentence.  Coconspirator A has proven to be credible and reliable.  Coconspirator A told Detective Russmann that he was there to pick up his Porsche, and his friend was waiting outside in another vehicle, the black Mercedes with Florida license plate X04 EVA that ENCEV was driving at the time of his arrest.

in the name of Individual A and ENCEV's Winner's Circle residence where it was recovered.

Among the items recovered on a computer thumb drive seized from ENCEV's Chicago

apartment were:

*Thumb Drive Materials Related to ENCEV's Winner's Circle Residence:*

- A file named "Hom1," containing a photographic picture of the residence at Winner's Circle.
- Files containing photographs of ENCEV with Coconspirator B[4], where it appears that ENCEV and his wife are bestowing expensive jewelry on Coconspirator B for Coconspirator B's birthday at one of ENCEV's residences.
- Files containing numerous photographic images of the kitchen at Winner's Circle that show a progression of renovation, cabinet and tile work done by ENCEV.[5]

*Thumb Drive Materials Related to the Mercedes Purchased By VALKOVA*

- File containing a photographic picture of ENCEV'S wife standing in a driveway next to the stolen Mercedes purchased by VALKOVA at Mercedes-Benz of Hoffman

---

[4] ENCEV's Winner's Circle residence in Florida, which is a large home in an upscale community, was titled in the name of Coconspirator B. Your Affiant is aware that Coconspirator B was approximately 27 years old in 2006 and his only remunerative work was in connection with the mail theft and check counterfeiting/cashing scheme for which ENCEV is awaiting sentencing. When ENCEV was interviewed on June 21, 2006 at the time of the recovery of the Mercedes, he did not identify Coconspirator B as among currently inside the house. Additionally, on or about October 2, 2006, about two weeks after ENCEV's arrest in Chicago in case 06 CR 690, agents served a subpoena on ENCEV's wife at the Winner's Circle residence, where she continued to reside following ENCEV's detention. Moreover, ENCEV and his wife proposed posting the Winner's Circle residence as security in unsuccessfully seeking release pending disposition of the pending charges in the Northern District of Illinois. Servicing of the mortgage loan for the Winner's Circle residence lapsed shortly after ENCEV's arrest and detention and approximately one year after ENCEV's arrest, foreclosure proceedings began on the residence at Winner's Circle, which recently was sold at auction.

[5] Investigation has revealed that a check, written from an account in the name of "DRO Entertainment," a company registered with the Illinois Secretary of State, of which a "Paul De Brabander" is a registered agent, was presented to Grand Kitchen and Bath, a St. Petersburg, Florida company that has an inventory of cabinets, plumbing fixtures, kitchen countertops, etc. Individual C has related to investigators that he/she was present at Grand Kitchen and Bath with ENCEV and his wife when ENCEV's wife presented the check on or about August 29, 2006. According to Individual C, this check was the purchase of plumbing fixtures for 12718 Winners Circle.

Estates. According to the properties of the computer file, the image was created on June 17, 2006.

14.     The warranted search of ENCEV's apartment on September 21, 2006 were various documents, in hard copy and electronic copy format relating to VALKOVA, including, among others:

> - Computer files containing numerous images of blank "Soiree to Sunrise" checks. (Soiree to Sunrise was an Illinois corporation which Illinois Secretary of State records reflect was incorporated in 2005, with the registered agent listed as "KAMELIYA KIRILOVA VALKOVA.")
> - Shredded documents and items in a shredder found in the master bedroom of Apartment 209, including a Chase Business Check Card issued to KAMELIYA VALKOVA and Soiree to Sunrise. (Also located in the master bedroom was a suitcase with an address label for ENCEV's wife.)

15.     Also seized in the warranted search of ENCEV's Apartment 209 residence were numerous documents (both in hard copy and electronic format) relating to the purported purchase of residential properties in the names of Individual A in whose name the Mercedes was fraudulently purchased from Mercedes-Benz of Hoffman Estates on June 8, 2006, as well as related documents in the name of Individual A's husband (the Bulgarian soccer star). Located on a laptop computer found in Apartment 209 were, among other items, the following:

> - an image of a valid Illinois driver's license of Individual A's husband;
> - an image of a valid Permanent Resident Card for Individual A's husband (and another image with the same Permanent Resident Card but with a photograph of an unknown male);
> - a fictitious "Investment Account Statement" for Individual A's husband with "Euro-American Financial Solutions Corporation," purporting that Individual A's husband

9

has approximately $440,000 in an investment account.[6]

16.      Subsequent forensic lab analysis has determined that a latent fingerprint found on and lifted from the aforementioned lap top computer found in Apartment 209 belongs to ENCEV.

17.      Individual A and her husband have informed affiant that they are victims of identity theft and that they have relationship and do not have any relationship of any kind with ENCEV and/or VALKOVA.

18.      Based on the above, affiant submits that there is probable cause to believe that ENCIO TONEV ENCEV and KAMELIYA KIRILOVA VALKOVA, having conspired to devise a scheme and artifice to defraud, or for obtaining property by means of false and fraudulent pretenses and representation, transported or caused to be transported in interstate commerce property having a value of $5,000 or more, in violation of Title 18, United States Code, Section 2314.

## Violation of Title 18, United States Code, Sections 1028(a)(6) and 1028A(a)(1)

19.      On September 21, 2006, ENCEV was arrested by affiant and other Postal Inspectors in the parking lot of 1 Renaissance Place in Palatine, Illinois pursuant to an arrest warrant in case 06 CR 690, filed in the Northern District of Illinois, and currently pending before the Honorable United States District Judge Elaine E. Bucklo. Defendant was arrested after he drove into the parking lot in the aforementioned black Mercedes, Florida license

----

[6] ENCEV's wife and Individual B are listed as the officers for "Euro-American Financial Solutions Corporation" with the Florida Department of State, Division of Corporations.

plate X04 EVA.

20.    Your affiant conducted a search of the black Mercedes incident to arrest.  In a console area between the driver and passenger's seats, affiant recovered a black men's leather wallet.  Inside the wallet, affiant located (1) an identification that appears to be a Florida driver's license bearing ENCEV's photograph, with the name of Individual D, date of birth of January 24, 1967, an address of 3109 South Canal Drive in Palm Harbor, Florida; (2) an identification that appears to be a signed United States Social Security card in the name of Individual D with a social security number of XXX-XX-3145; and (3) four credit or debit cards in the name of Individual D.  Affiant also found a credit card in the name of Individual A's husband (the famous soccer player).

21.    Affiant is aware and federal database records reflect, that ENCEV's real date of birth is not January 24, 1967, and his social security number does not match the one on the purported Social Security card.

22.    Your affiant has determined from federal databases searches and an interview of Individual D that the name, date of birth, and social security numbers contained in the identification materials in ENCEV's Mercedes are actual identifiers of Individual D.

23.    Affiant is aware that the Florida driver's license and the United States Social Security card were produced without authority from the State of Florida, the United States of America, or with permission of Individual D.

24.    Based on the above, affiant submits that there is probable cause to believe that

11

ENCIO TONEV ENCEV knowingly committed a felony in that he possessed an identification document that is and appears to be an identification document of the United States, which was produced without lawful authority knowing that such document was produced without such authority, and during in relation to that felony, knowingly possessed and used without lawful authority a means of identification of another person, in violation of Title 18, United States Code, Sections 1028(a)(6) and 1028A(a)(1).

Gregory Gillming
Postal Inspector
United States Postal Inspection Service

Sworn to and subscribed before me this 11th day of April 2008.

MARIA VALDEZ
United States Magistrate Judge

12