Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 298 - 1 | **DATE** | 4/15/2008 |
| **CASE TITLE** | USA vs. Encio Tonev Encev | | |

**DOCKET ENTRY TEXT**

Initial appearance held on 4/15/08 as to Encio Tonev Encev (1). Defendant informed of his rights. Defendant is presently in US Marshall's custody on previous charges from case no. 06 C 690. Financial affidavit have not been changed from the case no. 06 C 690 information. Therefore, J. Clifford Green, Jr. is granted leave to file appearance on behalf of defendant. Defendant waives detention hearing without prejudice. Preliminary examination set for 4/22/08 2:30 p.m. Defendant to remain in custody pending preliminary examination.

Docketing to mail notices.

00:15



| | Courtroom Deputy Initials: | yp |
|---|---|---|