# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Maria Valdez | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 298 | **DATE** | 4/22/2008 |
| **CASE TITLE** | USA vs. Encio Tonev Encev | | |

**DOCKET ENTRY TEXT**

Preliminary examination held on 4/22/08 as to Encio Tonev Encev. Witness testimony taken in open court. For the reasons stated in open court, the court finds probable cause and orders the defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:45

| | Courtroom Deputy Initials: | yp |
|---|---|---|