# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 298 - ALL | **DATE** | 5/16/2008 |
| **CASE TITLE** | USA vs. Encio Tonev Encev, et al | | |

**DOCKET ENTRY TEXT**

Enter Order granting Government's motion to dismiss complaint without prejudice.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | | Courtroom Deputy Initials: | yp |
|---|---|---|---|