MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  08 CR 298 |
| | ) | Magistrate Judge Maria Valdez |
| ENCIO TONEV ENCEV | ) | |
| KAMELIYA KIRILOVA VALKOVA | ) | |

**ORDER**

The motion of the United States to dismiss the complaint without prejudice in this case is granted.

ENTER:

_____
MARIA VALDEZ
UNITED STATES MAGISTRATE JUDGE

MAY 1 6 2008

Date: _____