UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

Vs

ENCIO ENCEV

CASE NO 08 CR ~~293~~ 298-1
Honorable Magistrate Judge Maria Valdez

FILED
MAY 29 2008
5-29-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHN

## MOTION TO APPOINT AN INTERPRETER

Now comes the defendant Pro-se out of necessity and moves this Honorable Court pursuant to RULE 28 MOTION FOR AN INTREPETER of FEDERAL RULES OF CRIMINAL PROCEDURE.

The Court may appoint an interpreter of its own selection and may fix the reasonable compesation of such interpreter. Such compesation shall be paid out of funds provided by law or by government, as the court may direct.

Petitioner primary language is bulgarian. Petitioner is solely United States citizen. With respect to this court moves for an intrepeter under F.R.C.P. 28 in order to fully understand the preceedings in this case.

Date: MAY 26, 2008

SIGNATURE