Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 298 - 1 | **DATE** | 6/12/2008 |
| **CASE TITLE** | USA vs. Encio Encev | | |

**DOCKET ENTRY TEXT**

In light of the dismissal dated 5/16/08 [6], the motions by defendant to withdraw counsel under defendants right to effective assistance and to appoint an interpreter [9] are hereby denied as moot.

Docketing to mail notices.

| | Courtroom Deputy Initials: | yp |
|---|---|---|