**FILED**

MAY 2 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO:08CR 298 |
| | ) | JUDGE:MARIA VALDEZ |
| Vs. | ) | |
| | ) | |
| ENCIO ENCEV | ) | |
| | ) | |

**MOTION**

Now comes the Petitioner Pro-se, under necessity and moves this honorable court pursuant to The Sixth Amendment of the Constitution of the United States of America.

**MOTION TO WITHDRAW COUNSEL UNDER DEFENDANTS RIGHT TO EFFECTIVE ASSISTANCE**

Defendant in this case states that Counsel's performance fell below an objective standard of reasonableness and that Counsel's deficient performance prejudiced the Defendant, resulting in an unreliable and fundamentally unfair outcome in this case. Petitioner further moves this Court to withdraw Cliffdord Green from any Appellate or District representation.

STRICKLAND, 466. U.S at 687 see also **WILLIAM v TAYLOR** 529.U.S.362, 396-99 (2000)(Counsel's failure to investigate and present substantial mitigating evidence during sentencing phase of Defendants case was prejudicial).

**PAVEL V HOLLINS** 261 F3d 210,228(2001) (Counsel's failure to prepare defense and call witnesses was prejudicial, especially in light of prosecutions weak case).

Defendants position has been in search of Counsel that proceeds in defense with due diligence and with a result in demonstrating LOYALTY to the Defendants Constitutional Rights as an American Citizen.

Therefore Defendant Prays that this court appoint Counsel in the interest of justice.

SIGNED _[signature]_     DATE 05·15/08